IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. _____

| | |
|---|---|
| THE ALLEN R. HACKEL ORGANIZATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| WESTWOOD ONE, LLC), | ) ) |
| Defendant. | ) ) ) ) |

## NOTICE OF REMOVAL

Defendant Westwood One, LLC ("Westwood"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action that is pending in the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts, Case No. 2381CV00170. The facts and legal authority supporting this Notice of Removal are as follows:

**A.  Factual Predicate**

1.  On or about January 12, 2023, Plaintiff The Allen R. Hackel Organization, Inc. ("Plaintiff") filed this lawsuit in the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts, Case No. 2381CV00170. Plaintiff has asserted a cause of action against Westwood for breach of contract concerning Plaintiff's alleged inability to use certain advertising credits under an advertising contract or, in the alternative, for unjust enrichment concerning an alleged failure to pay Plaintiff for certain advertising services.

2.      On February 13, 2023, Plaintiff effectuated service of process on Westwood by mail. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached as **Composite Exhibit "A."**

### B. Diversity Jurisdiction Exists

3.      Westwood is considered a citizen of the states of Delaware and Georgia. Westwood is a Delaware limited liability company. *See* Declaration of Richard Denning, General Counsel for Westwood, a true and correct copy of which is attached hereto as **Exhibit "B"**. The sole member of Westwood One LLC is Cumulus Network Holdings LLC, a Delaware limited liability company. *See* **Exhibit "B"**. The sole member of Cumulus Network Holdings is Cumulus Intermediate Holdings LLC. *See* **Exhibit "B"**. The sole member of Cumulus Intermediate Holdings LLC is Cumulus Media New Holdings Inc., a Delaware corporation with its principal place of business in Atlanta, Georgia. *See* **Exhibit "B"**.

4.      Plaintiff is a citizen of Massachusetts. According to the complaint, Plaintiff is Massachusetts corporation with its principal place of business located at 1130 Centre Street, Newton, Middlesex County, Massachusetts. *See Compl.* ¶ 1.

5.      In the Complaint at issue, Plaintiff seeks damages in the amount of at least One Hundred Eighty-Nine Thousand, Six Hundred Fifty and 0/100 ($189,650.00) Dollars, together with costs. *See Compl.* ¶ 19-26.

6.      Based on the foregoing, the amount in controversy exceeds $75,000.00 and the jurisdictional requirements of 28 U.S.C. § 1332 have been met.

7.      Based on the foregoing, Westwood has sought removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of an amended pleading,

motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). Therefore, removal is timely.

8.  Venue is proper in the United States District Court for the District of Massachusetts because the case is being removed from the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts.

9.  Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Westwood's rights to assert any defenses or affirmative claims, including a counterclaim.

**C.  Procedural Compliance**

10.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts, that were served upon Westwood are attached as **Composite Exhibit "A."**

11.  In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, Westwood has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "C."**

**WHEREFORE**, Defendant Westwood respectfully requests that the action now pending in the Superior Court of the County of Middlesex in the Commonwealth of Massachusetts, Case No. 2381CV00170, be removed to this Honorable Court.

Dated: March 10, 2023

Respectfully submitted,

By:   */s/ Thomas M. Elcock*
     John F.X. Lawler, Esq. (BBO #546910)
     Thomas M. Elcock, Esq. (BBO #548027)
     PRINCE LOBEL TYE LLP
     One International Place, Suite 3700
     Boston, MA 02110
     (617) 456-8000
     jlawler@princelobel.com
     cmiller@princelobel.com

     David M. Pernini, *pro hac* application pending
     WARGO FRENCH & SINGER LLP
     999 Peachtree Street, NE, Suite 1120
     Atlanta, Georgia 30308
     Telephone: (404) 853-1575
     Facsimile: (404) 853-1501

     *Attorneys for Defendant Westwood One LLC*